IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| **MICHAEL BITSOFF**<br>Plaintiff -- Appellant,<br><br>v.<br><br>**CITY OF DALLAS,**<br>Defendant -- Appellee. | No. 99-10437 |

**APPELLANT'S MOTION FOR COURT TO DELETE WEB LINK ON COURT'S WEBSITE TO CASE NO. 99-10437**

Michael Bitsoff<br>
6735 E. Greenway Parkway, #2164<br>
Scottsdale, Arizona 85254<br>
Telephone: (480) 310-9777<br>
Pro Se<br>
**APPELLANT**

## INTRODUCTION AND SUMMARY

I, Michael Nicholas Bitsoff, Plaintiff/Appellant in the above captioned matter, am respectfully requesting that this Honorable Court remove the web link to Case No. 99-10437, found at the following web address:

www.ca5.uscourts.gov/opinions%5Cunpub%5C99/99-10437.0.wpd.pdf

This matter is now over 17 years old. Since the above link was created, I have been unable to secure employment beyond entry-level jobs. I believe the direct and proximate cause of this to be the Court's website link listed above. This link enables my case to be easily

accessible to the general public. From the time that my link was made available, I have applied to over 100,000 career positions. Despite my vigilant efforts, I have not been offered a single job. Indeed, in the 8 years and 7 months that I have been domiciled in Phoenix, Arizona, I have received only six (6) job interviews (and zero job offers).

When applying for career positions, I am required to submit an application for employment along with my credentials to the potential employer. The potential employer then presumably performs a background check using my information (Note: I legally changed my name to "Michael Manning" to try to avoid this result, but employers are still able to locate my birth name ("Bitsoff") through my social security number). In conducting this background check (which may even include a simple Google information search using my name), the link to my Appeal, along with three Summary pages, are readily found. Logically, any employer that views this information views me as a "high risk" candidate that sued his previous employer. As such, employers pass on offering me a position in favor of someone that may have no litigation history (or not easily discoverable litigation history) with his potential employer. This information has come at a great cost to me and my family – I still have no career and have developed significant health problems as a result.

## RELIEF REQUESTED

While I pray for the Court to grant me relief by removing the website link in question, please note that I have no objection to this information remaining available to the public through conventional means (off line), where copies can be ordered from the Court by mail or in-person. My primary concern is that the reference to my Appeal is freely accessible on the

worldwide web. This link adversely prejudices hiring managers from considering me as a finalist candidate for innumerable positions I am qualified to perform.

Today, at age 57, I only wish to conclude the remaining years of my life by securing suitable employment consistent with my skill set, unobstructed by the continued adverse effects enabled by the ongoing publication of the link on the Court's website. My 17 year-old Appeal does not constitute any public policy or public safety interest.

During a telephone conversation with The Clerk of Court in 2012, I was advised that prior to 2010, the website link reference at issue could have been removed with a simple phone call request to the Clerk's office. However, I was never notified of this option at any time. Had I been informed of this option, clearly, I would have exercised my right to have the adverse web link reference removed immediately.

## CONCLUSION

For the foregoing reasons, and good cause appearing, I respectfully request that this Court grant my motion and order that the web link to Case No. 99-10437 be removed from the Fifth Circuit Court of Appeals website.

Respectfully submitted,

*[signature]*

Michael Manning

# William H. Tedford, Jr.
6335 W. Northwest Hwy, #1116
Dallas, Texas 75225-3533
Telephone: (214) 739-0041
FAX: (214 692-1722

June 30, 2015

Honorable Justices, Fifth Circuit
United States Court of Appeals

Re: Michael Bitsoff, Case No. 99-10437

I knew Mr. Bisoff before the original court case which is the basis for his current appeal. At that time, he held a high-level job with the Dallas city radio station. I have maintained contact with him on a fairly regular basis since he moved from Dallas. There is no question about the effect that the aftermath of the case has had on his physical and emotional health, as well as his career. He has not held a job comparable to the one he had in Dallas. His request to have references to the case removed from his internet biography appears quite reasonable and would undoubtedly be of benefit to him emotionally as well as career-wise.

Sincerely,

*W. H. Tedford, Jr.*
W. H. Tedford, Jr.
Psychologist
Texas Lic. No. 718

## PARADISE VALLEY MEDICAL CLINIC PC

## DOUGLAS M. LAKIN, MD

"The Secret in the Care of the Patient is in *Caring for* the Patient"

9977 N 90th Street
Suite 180
Scottsdale, AZ 85258

480.614.5800 tel
480.614.6322 fax
www.doctordoug.com
douglakin@doctordoug.com

June 8, 2015

Re: Mr. Michael Manning (DOB 4/5/58)

Issue: Medical issues since 2007

I have been the attending physician for Mr. Manning since 2007. He has been seen in my office on multiple occasions over the past several years for issues related to stress and anxiety, both from a psychological and physical standpoint. He has had somatic symptoms, including various muscle tension strains, palpitations, and headaches. He has experience strong anxiety and depression that has required counseling.

He remains under my care at this time.

Douglas M. Lakin, MD

An Honored Graduate of These Exceptional Institutions
The OSLER TRADITION lives on!





TO: THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

FROM: JOYCE THIEMAN - PSYCHOTHERAPIST IN CINCINNATI OHIO

RE: MICHAEL BITSOFF AKA MICHAEL MANNING

I BEGAN SEEING MICHAEL BITSOFF IN 2003 IN CINCINNATI FOR INDIVIDUAL THERAPY. HAVING LOST A LAWSUIT IN DALLAS TEXAS MICHAEL RETURNED TO CINCINNATI ( HIS HOME TOWN ) TO REGROUP AND REGAIN SOME DIRECTION IN HIS LIFE. SINCE THAT TIME, THIS CLIENT HAS WORKED VERY HARD TO KEEP A POSITIVE ATTITUDE ABOUT HIS JOB SEARCH. MICHAEL HAS APPLIED FOR MANY POSITIONS NOT ONLY IN CINCINNATI AND THESE LATER YEARS IN PHOENIX BUT ACROSS THE COUNTRY AS WELL. IT HAS BEEN EXPREMELY DIFFICULT FOR HIM TO GET VERY FAR IN THIS PROCESS. MICHAEL HAS CONSULTED WITH MANY OTHER PROFESSIONALS REGARDING THIS MATTER, HAS DONE A GOOD DEAL OF NETWORKING, HAS SPENT NUMEROUS HOURS AND MUCH ENERGY WRITING AND REWRITING HIS RESUME ...BUT TO NO AVAIL.

MICHAEL IS A VERY INTELLIGENT, ARTICULATE AND QUITE MOTIVATED INDIVIDUAL. MANY PEOPLE IN HIS CIRCUMSTANCE WOULD HAVE GIVEN UP LONG AGO. IT IS TO HIS CREDIT THAT HE HAS PERSEVERED. I SAW MICHAEL ON A REGULAR BASIS UNTIL HE MADE THE MOVE TO PHOENIX IN 2007. SINCE THAT TIME, I HAVE HAD OCCASIONAL PHONE CONSULTATIONS WITH MICHAEL AND WHEN HE IS IN CINCINNATI VISITING HIS FAMILY - HE USUALLY COMES IN FOR A SESSION.

THIS CLIENT DESERVES A BREAK. THE ONE REFERENCE THAT CONTINUES TO HAUNT HIM IN HIS JOB SEARCH IS THE REFERENCE TO SUING HIS PREVIOUS EMPLOYER IN DALLAS - SO MANY YEARS AGO.

I AM HOPEFUL THAT THE COURT CAN ASSIST THIS CLIENT AT THIS POINT IN HIS LIFE. I SUPPORT MICHAEL'S REQUEST TO HAVE THE COURT INTERVENE ON HIS BEHALF.

PLEASE FEEL FREE TO CALL ME IF YOU HAVE ANY QUESTIONS.

MY BEST,

*Joyce Thieman 7/12/2015*

JOYCE THIEMAN MSW
504 LIBERTY HILL
CINCINNATI, OHIO 45202
513-241-2233