IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 99-10437

---

MICHAEL BITSOFF,

    Plaintiff - Appellant

v.

CITY OF DALLAS,

    Defendant - Appellee

---

Appeal from the United States District Court for the
Northern District of Texas, Dallas

---

O R D E R :

    IT IS ORDERED that Appellant's motion to delete the web link to this case on the court's website is DENIED.

/s/ Rhesa H. Barksdale
RHESA H. BARKSDALE
UNITED STATES CIRCUIT JUDGE