# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 30, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 99-10437    Bitsoff v. City of Dallas
                      USDC No. 3:98-CV-1262-BD-R

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Shawn D. Henderson, Deputy Clerk
                        504-310-7668

Ms. Ann Sheree Austin
Ms. Dorothy Josephine Harden
Mr. Ronald E. Harden
Ms. Madeleine Brinton Johnson
Mr. Jason D. McClain